UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LARRY HINES, et al.,**

    **Plaintiffs,**

v.    **CASE NO: 8:08-CV-2569-T-30AEP**

**FISERV, INC., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

An Order to Show Cause (Dkt. #61) was entered on February 23, 2011, regarding Plaintiffs' failure to file a Second Amended Complaint and their failure to diligently prosecute this action. Responses to the Order to Show Cause were due by March 9, 2011. No responses have been filed. As the Plaintiffs have failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on March 22, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

*F:\Docs\2008\08-cv-2569.dismissal.wpd*